**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| HARRY J. LAFFERTY, MICHAEL D. KIRN, ROBERT T. KIRN, JOHN J. ROEDELL, JOHN M. FERRIS AND ROBERT F. FERRIS, | : No. 141 MM 2016 |
| Respondents | : |
| v. | : |
| THOMAS D. FERRIS, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2016, the Application for Exercise of King's Bench Power is **DENIED**.